UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| | : |
| **Plaintiff,** | : |
| | : Case No.: 3:15-CR-97 |
| **v.** | : District Judge Thomas M. Rose |
| | : |
| **SHARIA BAILEY,** | : |
| | : |
| **Defendant.** | : |

## ORDER

On or about August 4, 2017, pursuant to Federal Rule of Criminal Procedure 48(a), the United States has moved to dismiss the indictment against defendant Sharia Bailey as she successfully satisfied the terms of her pretrial diversion agreement with the government. The Court hereby GRANTS this motion and dismisses the indictment in this case.

8/4/2017  *s/ Thomas M. Rose*
_____  _____
DATE  HONORABLE THOMAS M. ROSE
  UNITED STATES DISTRICT COURT JUDGE